**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

# MEMO ENDORSED

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE. (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

December 7, 2021

Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY: ECF and Email/PDF

            **Re:**    *USA v. Antoine Koen,* **21 Cr. 441 (KMK)**
                    **Letter Motion to be Excused for Telephonic Pretrial Conference**

Dear Judge Karas:

      I am appointed to represent the defendant, Antoine Koen, who is scheduled to appear by teleconference on Friday, December 10, 2021 at 9:00 am. I have attached a form confirming my client's consent to appear remotely and he has authorized me to sign on his behalf.

      I write to the Court to be excused from appearing for the conference as I will be engaged in trial preparation which is set to commence on Monday, December 13, 2021 before the Honorable Philip M. Halpern. Co-counsel Stephen Lewis has kindly offered to stand in for me. I have discussed this with Mr. Koen who consents for Mr. Lewis to do so.

      Thank you, Your Honor, for your consideration of this matter.

                                                          Very truly yours,

                                                          Tanner & Ortega, L.L.P.

                                                          Howard E. Tanner

cc:    All Parties (By ECF)

Granted.
SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ANTOINE KOEN

                      Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Cr. 441 (KMK)

Defendant __Antoine Koen__ hereby voluntarily consents to participate in the following proceeding via _✓_ videoconferencing or _✓_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_✓_ Conference Before a Judicial Officer

/s/ Antoine Koen (signed by counsel with Defendant's consent)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Antoine Koen
Print Defendant's Name

Defendant's Counsel's Signature

Howard E. Tanner
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge