**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**MEMO ENDORSED**

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

October 24, 2022

Honorable Kenneth M. Karas
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

Re:   **United States v. Chellel, et al., 21 Cr. 441 (KMK)**
       **Letter Motion to Be Excused**

Dear Judge Karas:

I am appointed to represent defendant Antoine Koen in the above matter. I write to the Court to be excused from appearing at the next pretrial conference in this case scheduled for Friday, October 28, 2022 at 11:00 am. I will be in California at that time for a family event.

Stephen Lewis, Esq., who represents co-defendant Robert Ojeda, has kindly offered to stand in for me at the conference. I have discussed this matter with my client who consents to foregoing.

Thank you, Your Honor, for your consideration of this application.

Granted.

Save travels.

So Ordered.

*/s/ Kenneth M. Karas*
10/24/22

Very truly yours,

Tanner & Ortega, L.L.P.

*/s/ Howard E. Tanner*
Howard E. Tanner

cc:   All Parties (By ECF)