| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>----------------------------------------------------------------X | **MEMORANDUM**<br>FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09) |

United States of America,

      Government

   -against-

Antoine Koen

      Defendant(s)
----------------------------------------------------------------X

Judge: **Paul E. Davison, U.S.M.J**

Case Number: 21cr441  KMK

Honorable Kenneth M. Karas, United States District Judge

  On May 12, 2023, a Rule11 allocution was taken on consent of all parties before me pursuant to your Honor's reference. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Dated: 5/24/2023
White Plains, New York

              Respectfully Submitted,

              s/PED

              Paul E. Davison, USMJ