**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

MEMO ENDORSED

| | |
|---|---|
| **NEW YORK CITY OFFICE**<br>299 BROADWAY<br>SUITE 1700<br>NEW YORK, NY 10007<br>OFFICE: (212) 962-1333<br>FAX: (212) 962-1778 | **WHITE PLAINS OFFICE**<br>175 MAIN STREET<br>SUITE 800<br>WHITE PLAINS, NY 10601<br>OFFICE: (914) 358-5998<br>FAX: (914) 761-0995 |

August 23, 2023

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Antoine Koen*, 21 Cr. 441(KMK)
        Letter Motion for Adjournment of Sentence

Dear Judge Karas:

I am appointed to represent the defendant who previously pleaded guilty and is scheduled to be sentenced on September 7, 2023 at 11:00 am. I write to the Court to request an adjournment of sentence as I am awaiting materials in support of my pending sentencing submission.

It is my understanding that November 15, 2023 at 2:00 pm is a convenient date and time for the Court as well as the parties. The Government has no objection to this application.

Thank you, Your Honor, for your consideration of this matter.

Granted.

So Ordered.
*/s/ KMK*
8/23/23

Very truly yours,

Tanner & Ortega, L.L.P.

*/s/ Howard E. Tanner*
Howard E. Tanner, Esq.

cc:   AUSA Nicholas Bradley (By ECF and Email/PDF)