**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., NJ. AND D.C. BAR

MEMO END...

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

November 1, 2023

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Antoine Koen*, 21 Cr. 441(KMK)
Second Letter Motion for Adjournment of Sentence

Dear Judge Karas:

I am appointed to represent the defendant who previously pleaded guilty and is scheduled to be sentenced on November 15, 2023 at 2:00 pm. I write to the Court to request an adjournment of sentence as I am still awaiting materials in support of my pending sentencing submission.

It is my understanding that February 22, 2024 at 2:30 pm is a convenient date and time for the Court as well as the parties. The Government has no objection to this application.

Thank you, Your Honor, for your consideration of this matter.

Granted. Sentence is moved to
2/22/24 at 2:30 pm.

So Ordered.
11/2/23

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner, Esq.

cc: AUSA Nicholas Bradley (By ECF and Email/PDF)