**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

| | |
|---|---|
| **NEW YORK CITY OFFICE**<br>299 BROADWAY<br>SUITE 1700<br>NEW YORK, NY 10007<br>OFFICE: (212) 962-1333<br>FAX: (212) 962-1778 | **WHITE PLAINS OFFICE**<br>175 MAIN STREET<br>SUITE 800<br>WHITE PLAINS, NY 10601<br>OFFICE: (914) 358-5998<br>FAX: (914) 761-0995 |

April 10, 2024

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Antoine Koen*, 21 Cr. 441(KMK)
       Fourth Letter Motion for Adjournment of Sentence

Dear Judge Karas:

I am appointed to represent the defendant who is to be sentenced on March 24, 2024 at 11:00 am. However, I am scheduled to commence a felony criminal trial on April 17, 2024 in Kings County Supreme Court, in People v. Virgilio Rodriguez, IND-74062-21, a complex vehicular assault case, which has required my substantial ongoing preparation. I will also need time to review certain Hudson County Jail inmate records received on April 8th and other documents for my sentencing submission. Due to the foregoing, I will be unable to file my defense sentencing letter and supporting documents in a timely manner and write to the Court to request an adjournment of sentence.

It is my understanding that June 27, 2024 at 10:30 am is a convenient date and time for the Court as well as for the parties. The Government has no objection to this application.

Thank you, Your Honor, for your consideration of this matter.

Granted. Sentence is moved to 6/27/24 at 10:30 am.

So Ordered.
4/10/24

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner, Esq.

cc:   All Parties (By ECF and Email/PDF)